# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 25-6047 (JTQ) |
| v. | : Hon. Justin T. Quinn |
| SIDNEY SAADA; and ISAAC SAADA | : SEALING ORDER |

This matter having come before the Court upon the application of the United States of America, by Alina Habba, United States Attorney (Ian D. Brater, Assistant United States Attorney, appearing) for an order sealing the complaint and related papers in this matter, and for good cause shown,

IT IS on this __26th__ day of June, 2025,

ORDERED that the complaint in this matter and all related papers, with the exception of the arrest warrants and copies thereof, be filed under seal, and they are hereby sealed until the arrests of the individuals named in the warrants or until further order of this Court.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE