UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 25-6047 (JTQ) |
| | : | |
| v. | : | |
| | : | CONTINUANCE ORDER |
| SIDNEY SAADA; and | : | |
| ISAAC SAADA | : | |

This matter having come before the Court on the joint application of the United States (by Ian D. Brater, Assistant U.S. Attorney), and defendant SIDNEY SAADA (by Zach Intrater, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through February 3, 2026; and two continuances having previously been granted by this Court; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the defendant seek time to resolve this case prior to trial, which would render trial of this matter unnecessary;

(2) The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence

   (3)  The defendant has consented to the aforementioned continuance;

   (4)  The grant of a continuance will likely conserve judicial resources; and

   (5)  Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

   IT IS, therefore, on this __6th__ day of November, 2025,

   ORDERED that this action be, and it hereby is, continued from the date this Order is signed through February 3, 2026; and it is further

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ORDERED that the period from the date this Order is signed through and including February 3, 2026 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JUSTIN T. QUINN
United States Magistrate Judge

Form and entry consented to:

Zach Intrater, Esq.
Counsel for Defendant

/s/ Ian D. Brater

Ian D. Brater
Assistant United States Attorney